UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
LILIAN EVANS,

                       Plaintiff,

           -against-

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

                    Defendant.
-------------------------------------------------------------------X

24 Civ. 2079 (JGLC) (GS)

**VIDEO STATUS CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Video Status Conference on **Friday, August 8, 2025 at 10:00 a.m.** to discuss (1) Plaintiff's July 16, 2025 Letter Motion for an additional 90-day extension of time to file her brief (Dkt. No. 40), (2) Defendant's willingness to agree to a remand pursuant to sentence 4 of 42 U.S.C. § 405(g) (*see* Dkt. No. 37), and (3) Plaintiff's ongoing efforts to communicate with City Bar Justice Center. The parties are directed to join the conference via Microsoft Teams at the scheduled time using the following link: Click here to join the meeting.

**Meeting ID: [247 867 976 029 5]   Passcode: [Fd92Qx2v].**

      Plaintiff's July 16 Letter Motion is held in abeyance pending the Conference. All proceedings in this matter shall be STAYED pending the Conference and the filing of Plaintiff's brief to allow for consideration of the above-mentioned issues.

      **SO ORDERED.**

DATED:    New York, New York
               July 24, 2025

_____
The Honorable Gary Stein
United States Magistrate Judge