**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
LILLIAN EVANS,

                Plaintiff,

        -against-

COMMISIONER OF SOCIAL SECURITY,

              Defendant.
------------------------------------------------------------------------X

**24 Civ. No. 2079 (JGLC) (GS)**

**<u>ORDER</u>**

**GARY STEIN, United States Magistrate Judge:**

The Court has scheduled a video status conference in this action for 2 PM on May 18, 2026, to discuss (1) Plaintiff's efforts to secure counsel, and (2) next steps in this case. The parties are directed to join the conference via Microsoft Teams at the scheduled time using the following link: Join the meeting now.  **[Meeting ID: 271 052 287 503 455]**

**{Passcode M8qk9Wz6]**

      **SO ORDERED.**

DATED:    New York, New York
             April 27, 2026

                          _____
                          The Honorable Gary Stein
                          United States Magistrate Judge