**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
LILLIAN EVANS,

                    Plaintiff,

          -against-

COMMISSIONER OF SOCIAL SECURITY,

                  Defendant.
------------------------------------------------------------------------X

        **24 Civ. No. 2079 (JGLC) (GS)**

            **ORDER**

**GARY STEIN, United States Magistrate Judge:**

As discussed during the conference held on June 18, 2026: (1) Plaintiff shall file on the docket the written statement she read during the conference; (2) Defendant shall submit its motion for remand by no later than August 3, 2026; (3) Defendant shall re-file and re-serve on Plaintiff the SSA Administrative Record by no later than August 3, 2026; and (4) by no later than August 20, 2026, Plaintiff shall file a letter advising the Court of a proposed deadline by which she shall submit her response to Defendant's motion and/or submit a motion for judgment on the pleadings.

      **SO ORDERED.**

DATED:    New York, New York
          June 22, 2026

_____
The Honorable Gary Stein
United States Magistrate Judge