**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
LILLIAN EVANS,

                        Plaintiff,

            -against-

COMMISIONER OF SOCIAL SECURITY,
                        Defendant.
------------------------------------------------------------------------X

**24 Civ. No. 2079 (JGLC) (GS)**

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

On August 16, 2024, Defendant filed the certified administrative record (the "CAR") in this action and subsequently filed proof of service on the docket. (Dkt. Nos. 15, 16). On May 22, 2026, Plaintiff submitted a letter (1) notifying the Court that she had not received the CAR physically or electronically, and (2) requesting access to the CAR. (Dkt. No. 44). During a conference held on June 18, 2026, the Court ordered Defendant to re-file and serve the CAR in light of Plaintiff's request. (*See* Dkt. No. 54). Defendant subsequently re-filed the CAR on June 18, 2026 and filed the corresponding certificate of service on June 22, 2026. (Dkt. Nos. 52, 53). Because Plaintiff did not receive the CAR until 2026, the Court shall consider the CAR filed under Docket No. 52 as the operative CAR in this action. Accordingly, the Clerk of Court is respectfully directed to strike Docket No. 15. The parties shall continue to abide by the deadlines outlined in the Order under Docket No. 54.

       **SO ORDERED.**

DATED:     New York, New York
             July 1, 2026

_____
The Honorable Gary Stein
United States Magistrate Judge