**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

LILLIAN EVANS,

Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

---------------------------------------------------------------X

**24 Civ. No. 2079 (JGLC) (GS)**

**VIDEO STATUS CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

This action is scheduled for a Video Status Conference on **Thursday, October 29, 2026 at 2:30 p.m.** The parties are directed to join the conference via Microsoft Teams at the scheduled time using the following link: Click here to join the meeting. **Meeting ID: [225 732 504 084 738] Passcode: [Ei2Bd7g2]**

**SO ORDERED.**

DATED: New York, New York
October 2, 2026

The Honorable Gary Stein
United States Magistrate Judge